| | |
|---|---|
| **IN RE:** ) | |
| AREDIA® AND ZOMETA® ) | No.: 3:06-MD-1760 |
| PRODUCTS LIABILITY LITIGATION ) | |
| (MDL No.: 1760) ) | JUDGE CAMPBELL |
| ) | |
| **This Document Relates to:** ) | MAGISTRATE JUDGE BROWN |
| 3:06-cv-00771 (Thorn) ) | |
| 3:08-cv-00907 (Wood) ) | |
| 3:08-cv-00916 (Arbuckle) ) | |
| 3:08-cv-00928 (Casali) ) | |
| ) | |

## MOTION TO SUBSTITUTE COUNSEL

The Law Offices of Terence J. Sweeney, Esq. move the Court for leave to be substituted as counsel for the above matters as follows:

1. Previously, John O. Threadgill, Esq, represented the above plaintiffs. On November 30, 2009, the Supreme Court of Tennessee suspeneded him from the practice of law. Prior to his suspension, Mr. Threadgill asked me to represent his clients in the above matters for the remainder of the litigation.

2. I notified his clients by correspondence and spoke with them by telephone about the above events. Each client and/or their representative has consented to the substitution of attorney and has signed a retainer agreement with me.

WHEREFORE, the Law Offices of Terence J. Sweeney, Esq. move this Court for an Order substituting Terence J. Sweeney, Esq. for John O. Threadgill, Esq, as counsel of record in the above matters.

Respectfully submitted,

By:

/s/ Terence J. Sweeney, Esq.
Terence J. Sweeney, Esq.
Law Offices of Terence J. Sweeney, Esq.
44 Fairmount Avenue
Suite 1
Chatham, New Jersey 07928
Telephone: (973) 665-0400
Facsimile: (973) 665-0401

*Attorneys for the Plaintiffs*

Dated: February 4, 2010
      Chatham, New Jersey

1

## CERTIFICATE OF SERVICE

I herby certify that a true and correct copy of the foregoing Motion to Substitute Counsel was furnished by operation of the Court's Electronic Case Filing System on counsel of record in case No. 3:06-MD-1760, and by electronic transmission to John O. Threadgill, Esq.

on this 4th day of February, 2010.

/s/ Terence J. Sweeney<br>
Terence J. Sweeney, Esq.